and *John E. Hubbell* for petitioner. *Ira Milton Jones* and *Arthur G. Connolly* for respondents.

No. 73, Misc.   STEWART *v.* ALVIS, WARDEN.   Supreme Court of Ohio.   Certiorari denied.   *George Bailes* and *Myron S. Rudd* for petitioner.

No. 74, Misc.   BOLDEN *v.* DEPARTMENT OF PUBLIC SAFETY ET AL.   Criminal Court of Cook County, Illinois. Certiorari denied.

No. 79, Misc.   MATVEYCHUK *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman* for the United States.

No. 80, Misc.   CAREY *v.* KEEPER OF THE MONTGOMERY COUNTY PRISON.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 81, Misc.   MADDRON *v.* INDIANA ET AL.   Superior Court of St. Joseph County, Indiana.   Certiorari denied.

No. 82, Misc.   PODOLSKI *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 83, Misc.   PONCE *v.* HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 84, Misc.   GERMANY *v.* HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas.   Certiorari denied.